MONTI JORDANA LEVY, ESQUIRE
Nevada State Bar No. 8158
WRIGHT MARSH & LEVY
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
Email: mlevy@wmllawlv.com

Attorney for Phillip Avion McGreggor

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00244-JCM-CWH-1 |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Third Request) |
| PHILLIP AVION MCGREGGOR, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas Trutanich, United States Attorney, and Susan Cushman, Assistant United States Attorney, counsel for the United States of America, and Monti Jordana Levy, Esquire, Wright Marsh & Levy, counsel for Phillip Avion McGreggor, that the Sentencing Hearing currently scheduled on May 29, 2019 at 10:00 a.m. be vacated and continued to a date and time convenient to the Court, but no earlier than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Counsel needs additional time to review case, meet with client, and prepare mitigation for a sentencing memorandum and presentation in support of a just and reasonable sentence.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the third request for a continuance of the sentencing hearing.

DATED this 29th day of April, 2019.

| WRIGHT MARSH & LEVY | NICHOLAS TRUTANICH<br>UNITED STATES ATTORNEY |
|---|---|
| By: /s/ *Monti Jordana Levy*<br>    MONTI JORDANA LEVY<br>    Attorney for Phillip Avion McGreggor | By: /s/ *Susan Cushman*<br>    SUSAN CUSHMAN<br>    Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00244-JCM-CWH-1 |
| Plaintiff, | FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |
| v. | |
| PHILLIP AVION MCGREGGOR, | |
| Defendant. | |

IT IS ORDERED that the sentencing hearing currently scheduled for May 29, 2019 at 10:00 a.m.., be vacated and continued to August 28, 2019 at the hour of 10:00 a.m.

DATED May 1, 2019.

_____
UNITED STATES DISTRICT JUDGE