# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-244 JCM (DJA) |
| Plaintiff(s), | ORDER |
| v. | |
| PHILLIP AVION McGREGGOR, | |
| Defendant(s). | |

Presently before the court is Phillip McGreggor's ("defendant") emergency motion to modify sentence. (ECF No. 108). Defendant asks the court to modify his sentence to home confinement in light of the COVID-19 pandemic. *Id.*

In particular, defendant notes that over 200 inmates have tested positive for—two of whom have died from—novel coronavirus at his facility. *Id.* In fact, defendant's cellmate was removed from his cell because of COVID-19-like symptoms. *Id.* at 2. Defendant argues that he has preexisting medical conditions that make him particularly susceptible to the virus. *Id.*

In light of these representations and the rapidly-evolving circumstances surrounding the pandemic, the court finds that an expedited briefing schedule is appropriate. The government shall file its response, if any, to defendant's motion on or before Friday, May 1, 2020. Defendant shall file his reply, if any, on or before Wednesday, May 6.

Accordingly,

IT IS SO ORDERED.

DATED April 27, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**