```
1  NICHOLAS A. TRUTANICH
   United States Attorney
2  Nevada Bar Number 13644
   SUSAN CUSHMAN
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, #1100
4  Las Vegas, Nevada 89101
   Susan.cushman@usdoj.gov
5  702-388-6336
   Attorneys for the United States
6
```

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | ) Case No 2:18-cr-244-JCM-DJA |
|---|---|
| Plaintiff, | ) **Stipulation to Extend Time for** |
| vs. | ) **Government's Response to Defendant's** |
| | ) **Compassionate Release Motion** |
| PHILLIP AVION MCGREGGOR, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED, by and between Assistant United States Attorney Susan Cushman, counsel for the United States of America; and Assistant Federal Public Defender Katherine Tanaka, counsel for Phillip Avion McGreggor, that the government's response to Mr. McGreggor's Emergency Motion for Compassionate Release (ECF No. 128) be extended by seven days, to and including December 8, 2020. This stipulation is entered into for the following reasons:

1. Mr. McGreggor filed his motion on Tuesday, November 24, 2020. ECF No. 128.

2. Pursuant to the District Court's General Order Regarding such motions, the government's response is currently due on December 1, 2020.

3. Government counsel handling this matter is the the duty attorney this week and will be out of the office part of next week. Government counsel will need time to review McGreggor's motion and records. In light of the Thanksgiving holiday, the government believes it will need additional time, to and including December 8, 2020, to review the motion, related medical records, and other records, and prepare and file the government's response.

4. McGreggors's counsel consents to this extension of time.

DATED this 24th day of November, 2020.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| By: /s/ Katherine Tanaka<br>Katherine Tanaka<br>Asst. Federal Public Defender<br>*Counsel for Phillip Avion McGreggor* | By: /s/ Susan Cushman<br>Susan Cushman<br>Assistant United States Attorney<br>*Counsel for the United States* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-244-JCM-DJA |
| Plaintiff, | |
| vs. | |
| PHILLIP AVION MCGREGGOR, | ORDER |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the government's response to Defendant's Renewed Emergency Motion for Compassionate Release (ECF No. 55) be due on December 4, 2020.

DATED December 2, 2020.

_____
UNITED STATES DISTRICT JUDGE

3