NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South, #1100
Las Vegas, Nevada 89101
Susan.cushman@usdoj.gov
702-388-6336
*Attorneys for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No  2:18-cr-00244-JCM-DJA |
| Plaintiff, | **REVISED STIPULATION TO EXTEND TIME FOR GOVERNMENT'S RESPONSE TO DEFENDANT'S COMPASSIONATE RELEASE MOTION** |
| vs. | |
| PHILLIP AVION MCGREGGOR, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Assistant United States Attorney Susan Cushman, counsel for the United States of America; and Assistant Federal Public Defender Katherine Tanaka, counsel for Phillip Avion McGreggor, that the government's response to Mr. McGreggor's Emergency Motion for Compassionate Release (ECF No. 128) be extended by seven days, to and including December 8, 2020. This amended stipulation is entered into for the following reasons:

1. Mr. McGreggor filed his motion on Tuesday, November 24, 2020. ECF No. 128.

2. On November 24, 2020, the government filed a stipulation and order extending the time for the government to respond.  (ECF 131)  The stipulation correctly

asked for the agreed upon date of December 8, 2020, but the order incorrectly referenced another case and a response due date of December 4, 2020.

3. On December 2, 2020, the Court granted the stipulation with a response due date of December 4, 2020. (ECF 132)

4. The government is now submitting a revised stipulation and revised order requesting a response date of December 8, 2020.

5. Last week government counsel handling this matter was the duty attorney and is scheduled to be out of the office part of the week on November 30, 2020. Government counsel will need time to review McGreggor's motion and records. In light of the Thanksgiving holiday, the government believes needs additional time, to and including December 8, 2020, to review the motion, related medical records, and other records, and prepare and file the government's response.

4. McGreggors's counsel consents to this extension of time.

DATED this 2nd day of December, 2020.

| RENE L. VALLADARES | NICHOLAS A. TRUTANICH |
| Federal Public Defender | United States Attorney |

By:  /s/ Katherine Tanaka          By:  /s/ Susan Cushman
Katherine Tanaka                        Susan Cushman
Asst. Federal Public Defender           Assistant United States Attorney
*Counsel for Phillip Avion McGreggor*   *Counsel for the United States*

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:18-cr-00244-JCM-DJA |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **REVISED ORDER** |
| PHILLIP AVION MCGREGGOR, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the government's response to Defendant's Renewed Emergency Motion for Compassionate Release (ECF No. 128) be due on December 8, 2020.

DATED December 4, 2020.

_____
UNITED STATES DISTRICT JUDGE

3